**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Victorino Portillo-Villalba,<br><br>Defendant. | No. CR-21-01576-001-TUC-JGZ (MSA)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Maria S. Aguilera that recommends denying Defendant's Motion to Dismiss. (Doc. 39.) Defendant filed an Objection that raises no new arguments and incorporates the underlying Motion to Dismiss. The Court will deny Defendant's Motion to Dismiss.

## STANDARD OF REVIEW

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

//

## DISCUSSION

Defendant's objection relies on the same arguments raised before Magistrate Judge Aguilera. As thoroughly explained by Magistrate Judge Aguilera, Defendant fails to show that he was deprived of the opportunity for judicial review of his removal order—a necessary element to collaterally attack his underlying removal and for dismissal of the pending indictment for illegal reentry. Accordingly, the Court will overrule Defendant's Objection and adopt the Report and Recommendation.

**IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation (Doc. 39) is **ADOPTED**;

2. Defendant's Objection to the Report and Recommendation (Doc. 42) is **OVERRULED**.

3. Defendant's Motion to Dismiss (Doc. 27) is **DENIED**.

Dated this 10th day of February, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge